**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Bautista,<br><br>            Petitioner,<br>    vs.<br><br>Department of Homeland Security, et al.,<br><br>            Respondents. | No. CV-06-1569-PHX-PGR (BPV)<br><br>ORDER |

Pending before the Court is the Report and Recommendation of Magistrate Judge Velasco, where in he recommends that this action, wherein the petitioner argues that his immigration detention is illegal, be dismissed as moot because the petitioner was apparently removed from the United States subsequent to the commencement of this action. Having reviewed the Report and Recommendation *de novo* notwithstanding that no party has filed any objection thereto,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #16) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody (doc. #5), filed pursuant to 28

1  U.S.C. § 2241, is denied and that this action is dismissed as moot.  The Clerk of
2  the Court shall enter judgment accordingly.
3      DATED this 4th day of October, 2007.

                                      Paul G. Rosenblatt
                                      United States District Judge